UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN A. PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C17-5249-JLR-JPD<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL AND STRIKING REPORT AND RECOMMENDATION |

      This matter comes before the Court on plaintiff's counsel's motion to substitute attorney Rosemary Shurman for attorney John-Paul Gustad. Dkt. 8. The Court GRANTS plaintiff's counsel's motion, Dkt. 8, and directs the Clerk to update the docket accordingly. In addition, the Court STRIKES the April 13, 2017 Report and Recommendation as MOOT, as plaintiff paid the filing fee on April 20, 2017.

      The Clerk of the Court is directed to send a copy of this Order to plaintiff's new counsel Rosemary Schurman, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is plaintiff's attorney's responsibility to serve copies of the complaint properly along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service

ORDER - 1

electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov. A certificate of service must also be promptly filed with the Court.

Finally, the Clerk of the Court is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 9th day of May, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2