UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN A. PALMER,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | NO. C17-5249-JPD<br><br><br><br>ORDER |

      This matter comes before the Court *sua sponte*. Plaintiff's opening brief in this case argued, *inter alia*, that she should have been found disabled as of her 55th birthday due to the operation of 20 C.F.R. § 404, Subpart P, Appendix 2, Rule 202.06. Dkt. 18 at 6. The Commissioner's brief did not respond to this argument, and Plaintiff noted as much in her reply brief. Dkt. 20 at 6.

      The rule cited by Plaintiff appears to correspond to the ALJ's RFC assessment and Plaintiff's circumstances, and the Commissioner's silence on this issue is troubling. The Court therefore directs the Commissioner to file supplemental briefing on the applicability of this rule no later than October 6, 2017. Plaintiff may file a supplemental reply no later than

ORDER - 1

October 13, 2017.

DATED this 29th day of September, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2